| Date | Pleading Number | |
|---|---|---|
| 5/14/74 | 1. | MOTION -- Plaintiffs Seattle Association of Credit Men, Truck Parts, Inc. and Equipment Services Ltd., move for Section 1407 transfer. Supporting statement of case, exhibits of complaints in each of the actions and certificate of service attached. REQUESTED TRANSFEREE FORUM: E.D. Washington |
| 5/22/74 | | MOVANT'S SUPPLEMENTAL CERTIFICATE OF SERVICE |
| 5/28/74 | 2 | NORTHWEST ACCEPTANCE CORP. response to motion w/cert. of service |
| 5/28/74 | 3 | SIGNAL OIL & GAS CO., SIGNAL COMPANIES, INC., MACK TRUCKS, INC., MACK FINANCIAL CORP., AUTOMOTIVE EQUIPMENT CO. response to motion w/cert. of service |
| 6/3/74 | 4 | REPLY BRIEF -- plaintiff Truck Parts, Inc. w/certificate of service. |
| 6/3/74 | | HEARING ORDER - Setting A-1 through A-3 for hearing in San Francisco, June 28, 1974 |
| 10/17/74 | | CONSENT OF TRANSFEREE COURT -- Chief Judge William N. Goodwin consent for Judge Donald S. Voorhees to handle litigation in the W.D. Washington, under 28 U.S.C. §1407 for coordinated or consolidated pretrial proceedings |
| 10/17/74 | | OPINION AND ORDER -- transferring A-2 and A-3 to the W.D. Washington for assignment to Judge Donald S. Voorhees for coordinated or consolidated pretrial proceedings with A-1 pursuant to 28 U.S.C. §1407 |
| 5/14/75 | 5 | MOTION & BRIEF -- Mack Trucks, Inc., Mack Financial Corp., Automotive Equipment Co., Signal Companies and Signal Oil & Gas to transfer the action entitled Equipment Services, Ltd. v. Mack Truck, Inc., D. Alaska, Civil Action No. A75-31 as tag-along to W.D.Wash. |
| 6/5/75 | | HEARING ORDER -- Equip. Services, Ltd. v. Mack Truck, Inc., D.Alaska A-75-31 -- JUNE 27, 1975 -- DENVER, COLORADO Motion of defendants in litigation |
| 6/6/75 | | REQUEST FOR EXTENSION -- Equip. Services -- Granted to 6/6/75 |
| 6/6/75 | 6 | RESPONSE -- Equipment Services -- w/cert. of service |
| 6/13/75 | 7 | REPLY BREIF -- Mack Trucks et al. w/cert. of service |
| 6/13/75 | | REQUEST FOR TIME TO FILE -- MACK TRUCK -- Granted to 6/13/75 |
| 6/25/75 | | WAIVER OF ORAL ARGUMENT -- Equipment Services Limited and Moving Defendants |
| 11/24/75 | | OPINION AND ORDER DENYING TRANSFER OF Equipment Svcs. v. Mack Truck D. Alaska, C.A. No. A-75-31 |

Description of Litigation

## IN RE MACK TRUCK, INC. ANTITRUST LITIGATION

Summary of Panel Action

Date(s) of Hearing(s) **6-28-74**

Date(s) of Opinion(s) or Order(s) **10/17/74**

Consolidation Ordered ✓   Name of Transferee Judge **Donald S. Voorhees**
Consolidation Denied ___   Transferee District **W. D. Washington**

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Seattle Association of Credit Men v. Signal Oil Co., et al. | W.D.Wash. | 9273 | | | 5/25/79 | 5/14/74 Mot. |
| A-2 | Truck Parts, Inc. v. Mack Truck, et al. | E.D.Wash. Neal | 3731 | 10/17/74 | 74-656 | 5/25/79 | 5/14/74 Mot. |
| A-3 | Equipment Services, Ltd. v. Mack Truck, et al. | Alaska | A-76-73 | 10/17/74 | 74666 | 5/25/79 | 5/14/74 Mot. |
| B-1 | Equipment Services Ltd. v. Mack Trucks, Inc.  *dismissed O&O 11/24/75* | Alaska | A-75-31 | | | | Motion to add tag-along |

Correct July 1978 - 2 TR/NWS/3 PDG
July 1979 - same

p. _____

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 178 -- IN RE MACK TRUCK, INC. ANTITRUST LITIGATION

| Plaintiff | Defendant |
|---|---|
| SEATTLE ASSOCIATION OF CREDIT MEN (A-1)<br>Jeremiah M. Long, Esquire<br>Moriarty, Long, Mikkelborg & Broz<br>3300 Seattle-First National Bank Bldg.<br>Seattle, Washington 98154 | MACK TRUCKS, INC.<br>MACK FINANCIAL CORP.<br>AUTOMOTIVE EQUIPMENT CO.          Movants<br>SIGNAL OIL & GAS COMPANIES     B-1<br>SIGNAL OIL CO.<br>THE SIGNAL COMPANIES, INC. |
| TRUCK PARTS, INC. (A-2)<br>W. J. Thomas Ferguson, Esquire<br>Ferguson & Burdell<br>1700 Peoples National Bank Bldg.<br>Seattle, Washington 98171 | Matthew W. Hall, Esquire<br>Perkins, Coie, Stone, Olsen<br>  & Williams<br>1900 Washington Building<br>Seattle, Washington 98101 |
| EQUIPMENT SERVICES, LTD. (A-3)<br>Kenneth O. Jarvi, Esquire<br>Wanamaker, Dickson, Perry & Jarvi<br>750 West 2nd Avenue<br>Anchorage, Alaska 99501 | NORTHWEST ACCEPTANCE CORP.<br>D. Wayne Gittinger, Esquire<br>Lane, Powell, Moss & Miller<br>1700 Washington Building<br>Seattle, Washington 98101 |

B-1   Same as A-3

JP Form 3

p. 1

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 178 -- IN RE MACK TRUCK, INC. ANTITRUST LITIGATION

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| Mack Trucks, Inc. ✓ | A-1; A-2; A-3   B-1 |
| Automotive Equipment Co. ✓ | A-1; A-2; A-3 |
| The Signal Companies, Inc. ✓ | A-1; A-2; A-3 |
| Mack Financial Corporation ✓ | A-1; A-3 |
| Signal Oil & Gas Co. ✓ | A-1; A-3 |
| Northwest Acceptance Corp. ✓ | A-1; A-3 |
| Signal Oil Co. | A-1 |
| | |
| | |